## Horton WATKINS, Petitioner, v. Guy T. HELVERING, Commissioner, etc.
### No. 11081.

Circuit Court of Appeals, Eighth Circuit.
Feb. 3, 1939.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Frank M. Thompson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to Board of Tax Appeals for further consideration and action by the Board, per stipulation of parties.